UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT MONI,

        Plaintiff,

v.                                          Case No:  6:24-cv-844-CEM-LHP

MICHAEL J. CHITWOOD and
VOLUSIA COUNTY SHERIFF'S
OFFICE,

        Defendants

---

## ORDER

Before the Court is *pro se* Plaintiff's "Motion Request for Court Ordered Independent Investigation." Doc. No. 26. The motion states in entirety:

> The Federal Court system is the people's instrument against abuse of power.
>
> The current FBI Director published the book "Government Gangsters," it is not delusion but fact.
>
> Public officials are not entitled to cover up their criminality.
>
> Government fraud is a crime against God.
>
> God has given me the authority to oppose and expose this evil.
>
> See Exhibits.

*Id.* To the extent that Plaintiff requests affirmative relief, he does not identify it. And the filing otherwise fails to comply with the Local Rules, including Local Rules 3.01(a) and 3.01(g). Accordingly, the motion (Doc. No. 26) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties