# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBERT MONI,

       Plaintiff,

v.                                              Case No:   6:24-cv-844-CEM-LHP

MICHAEL J. CHITWOOD and
VOLUSIA COUNTY SHERIFF'S
OFFICE,

       Defendants

---

## ORDER

Before the Court is Plaintiff's Response to Motion to Dismiss Second Amended Complaint and Plaintiff's Second Attempt to Respectfully Request the Honorable Court to Appoint an Independent Investigation.  Doc. No. 44.  On review, to the extent that Plaintiff includes an embedded motion to appoint an independent investigation, the motion (Doc. No. 44) is **DENIED**.[1]

First, "[i]t is not appropriate to seek an order for affirmative relief in a response to a motion."  *Armington v. Dolgencorp. Inc.*, No. 3:07-cv-1130-J-JRK, 2009

---

[1] The motion appears to indicate that Defendants oppose this motion.  Doc. No. 44, at 18; Doc. No. 44-1.  However, the Court does not require a response from Defendants in order to resolve the motion.

WL 210723, at *2 (M.D. Fla. Jan. 20, 2009). Second, the renewed motion cites only general authority (to include a Supreme Court case and provision of the Code of Federal Regulations; a rule from an unidentified source; and Local Rule 3.01(a)), which fails to demonstrate Plaintiff's entitlement to the relief sought given the procedural posture of this case.

Therefore, the Court will consider the filing (Doc. No. 44) solely as a response in opposition to Defendants' Motion to Dismiss Second Amended Complaint (Doc. No. 35), which will be addressed in due course.

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties