**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT MONI,

      Plaintiff,

      v.                             Case No.:  6:24-cv-844-CEM-LHP

MICHAEL J. CHITWOOD,

      Defendant,

**ORDER**

Before the Court is Plaintiff's Motion for Referral to Congressional Judiciary Oversight. Doc. No. 55. On review, the motion fails to include a certificate of conferral as required by Local Rule 3.01(g). Plaintiff also separately filed a memorandum of law in support of his motion, Doc. No. 56, rather than filing this memorandum as part of his motion in a single document as required by Local Rule 3.01(b). Accordingly, the motion (Doc. No. 55) is **DENIED without prejudice.** *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on April 1, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

-1-

Copies furnished to:

Counsel of Record
Unrepresented Parties