**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT MONI,

Plaintiff,

v. Case No.: 6:24-cv-00844-CEM-LHP

MICHAEL J. CHITWOOD,

Defendant.

---

**ORDER**
(And Direction to Clerk)

This case is before the Court on several motions filed by *pro se* Plaintiff Robert Moni: (1) Plaintiff's Second Motion for Procedural Direction Based on Escalating Hardship (Doc. No. 53); (2) Plaintiff's Renewed Motion for Referral to Congressional Oversight (Doc. No. 58); (3) Plaintiff's Request for Issuance of Summons by Mail (Doc. No. 66); and (4) Plaintiff's Motion to Strike Defendant's Motion to Dismiss Pursuant to the Court's Inherent Authority to Sanction Fraud Upon the Court (Doc. No. 68). Defendant Michael J. Chitwood has responded to Plaintiff's motion to strike (Doc. No. 77), but has otherwise not responded to Plaintiff's other motions, and the time to do so has expired. *See* Local Rule 3.01(d). Upon consideration, each motion is due to be denied.

Plaintiff's Second Motion for Procedural Direction Based on Escalating Hardship (Doc. No. 53) is **DENIED WITHOUT PREJUDICE** for failure to comply

with Local Rules 3.01(b) and 3.01(g). That said, to the extent Plaintiff is seeking an update on the status of his case, the Court notes that Plaintiff's prior motions for procedural direction (Doc. Nos. 50, 51) were denied as moot on March 9, 2026. Doc. No. 52. The Clerk of Court is **DIRECTED** to provide a copy of the March 9, 2026 Order (Doc. No. 52), along with a copy of the docket in this case and this Order, to Plaintiff.

Plaintiff's Renewed Motion for Referral to Congressional Oversight (Doc. No. 58) is also **DENIED WITHOUT PREJUDICE**. While this motion complies with Local Rule 3.01(g) and contains a memorandum of legal authority as required by Local Rule 3.01(b), the legal authority provided does not support Plaintiff's requested relief.

Plaintiff's Request for Issuance of Summons by Mail (Doc. No. 66) is **DENIED AS MOOT**. Plaintiff requests that the Clerk issue a summons for Defendant Chitwood, in his individual capacity. *Id.* However, that summons issued on April 16, 2026 and copies were mailed to Plaintiff that same day. *See* Doc. No. 65.

Last, Plaintiff's Motion to Strike Defendant's Motion to Dismiss Pursuant to the Court's Inherent Authority to Sanction Fraud Upon the Court. Doc. No. 68. The motion is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rules 3.01(b) and 3.01(g). In addition, the arguments raised appear to challenge the arguments Defendant makes in its pending motion to dismiss (Doc. No 63), to

which Plaintiff has filed a response in opposition (Doc. No. 72). Defendant's motion and Plaintiff's response thereto will be addressed in due course.

The Court again reminds Plaintiff that his *pro se* status does not absolve him of his duty to comply with all applicable Local Rules and Federal Rules of Civil Procedure. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989). See also Doc. No. 57.

**DONE** and **ORDERED** in Orlando, Florida on September 15, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties